IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-00532-LTB-KLM

EAGLE AIR MED CORPORATION; and
SCENIC AVIATION, INC.,

    Plaintiffs,

v.

COLORADO BOARD OF HEALTH;
COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT;
JAMES B. MARTIN, Executive Director of Colorado Department of Public Health and Environment, in his official capacity;
HEALTH FACILITIES AND EMERGENCY MEDICAL SERVICES DIVISION of the Colorado Department of Public Health and Environment;
EMERGENCY MEDICAL AND TRAUMA SERVICES SECTION of the Colorado Department of Public Health and Environment;
HOWARD ROITMAN, Director of the Health Facilities and Emergency Medical Services Division of the Colorado Department of Public Health and Environment, in his official capacity; and
D. RANDAL KUYKENDALL, Chief of the Emergency Medical and Trauma Services Section of the Colorado Department of Public Health and Environment in his official capacity,

    Defendants.

___

ORDER
___

This case is before me on Defendants' Rule 12(b)(1) Motion to Dismiss Pursuant to the Eleventh Amendment [Doc # 13]. By this motion, Defendants Colorado Board of Health; Colorado Department of Public Health and Environment; Health Facilities and Emergency Medical Services Division; Emergency Medical and Trauma Services Section; and Howard Roitman seek the dismissal of Plaintiff's claims against them. Plaintiffs have filed a pleading in which they state that they do not oppose the dismissal of their claims against these Defendants. *See* Doc # 16.

IT IS THEREFORE ORDERED as follows:

1. Defendants' Rule 12(b)(1) Motion to Dismiss Pursuant to the Eleventh Amendment [Doc # 13] is GRANTED; and

2. Plaintiffs' claims against Defendants Colorado Board of Health; Colorado Department of Public Health and Environment; Health Facilities and Emergency Medical Services Division; Emergency Medical and Trauma Services Section; and Howard Roitman are hereby DISMISSED WITH PREJUDICE.

Dated: July  28 , 2008 in Denver, Colorado.

BY THE COURT:

　s/Lewis T. Babcock　
LEWIS T. BABCOCK, JUDGE