**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00532-LTB

EAGLE AIR MED CORPORATION and
SCENIC AVIATION, INC.,

       Plaintiffs,

v.

JAMES B. MARTIN, Executive Director of Colorado Department of Public Health and Environment, in his official capacity; and
D. RANDAL KUYKENDALL, Chief of Emergency Medical and Trauma Services Section, Colorado Department of Health and Environment, in his official capacity,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

       Plaintiffs' Motion for Lifting of Stay (Doc 29 - filed October 22, 2008) is **GRANTED** and the stay in this matter is lifted.

Dated: October 23, 2008
_____