**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00532-LTB

EAGLE AIR MED CORPORATION and
SCENIC AVIATION, INC.,

       Plaintiffs,

v.

JAMES B. MARTIN, Executive Director of Colorado Department of Public Health and Environment, in his official capacity; and
D. RANDAL KUYKENDALL, Chief of Emergency Medical and Trauma Services Section, Colorado Department of Health and Environment, in his official capacity,

       Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

       The Joint Motion to Set Briefing Schedule (Doc 31 - filed November 14, 2008) is **GRANTED** as follows:

             -Defendants' responsive pleading is due **on or before December 5, 2008**.
             -Plaintiffs' opposition brief is due **on or before January 19, 2009**.
             -Defendants' reply brief is due **on or before February 2, 2009**.

       If Plaintiffs file a motion for summary judgment at this time, Defendants will be permitted the time allotted by the federal and local rules to respond, subject to any extensions granted by the Court.


Dated:   November 18, 2008
_____